IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY J. BURKS,

                Petitioner,                            JUDGMENT IN A CIVIL CASE

    v.                                              Case No. 12-cv-29-bbc

UNITED STATES OF AMERICA,

                Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Gregory J. Burks' motion for post conviction relief under 28 U.S.C. § 2255 is denied without prejudice to his filing a motion for resentencing if the Supreme Court decides that the Fair Sentencing Act applies to the sentences of persons convicted of crack cocaine crimes committed before the Act took effect.

 

*Peter Oppeneer*

Peter Oppeneer, Clerk of Court                              2/6/12

                                                              Date